UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR ACTION NO. 3:17-CR-25-1,2,4,5,6,7 |
| | § | |
| JOSEPH CHURCH (1) | § | |
| ANGELA MARKS (2) | § | |
| NORRIS MOON (4) | § | |
| CHRISTOPHER WALTON (5) | § | |
| JAMAAL CRANE (6) | § | |
| ALISA KIMBLER (7) | § | |
| | § | |

# **O R D E R**

Pending before the Court are Defendant, Norris Moon's (4) Unopposed Motion to Continue (Dkt. 82) and Defendant, Jamaal Crane's(6) Unopposed Motion for Continuance (Dkt. 83) to which co-defendants Joseph Church (1), Angela Marks (2), Christopher Walton(5), and Alisa Kimber (7) are unopposed. In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendants in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendants.

The Defendants recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is

expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendants' motions for continuance are **GRANTED**. A period of excludable delay shall commence from today, September 8, 2017, pursuant to 18 U.S.C. § 3161, and December 18, 2017. It is further ORDERED that the scheduling order is amended as follows:

| | |
|---|---|
| November 27, 2017 | ALL MOTIONS will be filed no later than this date. |
| December 4, 2017 | RESPONSES to motions will be filed no later than this date. |
| December 14, 2017 10:00 a.m | PRETRIAL CONFERENCE before Judge George C. Hanks, Jr.; 601 Rosenberg 6th Floor Courtroom Galveston, Texas.<br>**DEFENDANTS MUST BE PRESENT** |
| December 18, 2017 8:30 a.m. | JURY TRIAL |

SIGNED at Galveston, Texas, this 8th day of September, 2017.

_____
George C. Hanks Jr.
United States District Judge